# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| FRANK JONES, | ) |
|---|---|
| Plaintiff, | ) 2:11cv701 <br> ) Electronic Filing |
| v. | ) Judge Cercone <br> ) Magistrate Judge Eddy |
| J BRIAN COLEMAN, *ET AL.*, | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

The above captioned case was initiated by the filing of a motion to proceed *in forma pauperis* (ECF No. 1) on May 26, 2011, and was referred to a United States Magistrate Judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the local rules of court.

On March 1, 2013, the Magistrate Judge filed a Report and Recommendation (ECF No. 44) recommending that Defendants' Motion for Summary Judgment (ECF No. 38) be granted. Plaintiff filed Objections to the Report and Recommendation on March 20, 2013 (ECF No. 45). Plaintiff's Objections do not undermine the recommendation of the Magistrate Judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

**AND NOW**, this 27 day of March, 2013,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by defendants Jason Ashton, Brian Coleman, Jill Monas, and Dawn Murrary (ECF No. 38) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF. No. 44) dated March 1, 2013, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

David Stewart Cercone
United States District Judge

cc: Frank Jones
BM7121
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450

*(Via First Class Mail)*

Mary Lynch Friedline, Esquire
Yana L. Chudnovsky, Esquire

*(Via CM/ECF Electronic Mail)*